# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-03257 JAK (Ex) | Date | January 19, 2012 |
| Title | NetAirus Technologies, LLC v. Apple Inc. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Alexander Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Mark B. Mizrahi | Caitlin K. Hawks |
| Mark D. Roth | Mark C. Scarsi |
| | Hannah Cannom |
| | Jackie Harlow |

**Proceedings:** **DEFENDANT APPLE, INC.'S MOTION FOR SUMMARY JUDGMENT THAT ALL CLAIMS OF US PATENT NO. 7,103,380 ARE INVALID (Dkt. 31)**

The third motion hearing is held. The Court has reviewed the parties' supplemental briefs. Counsel for Plaintiff and Defendant address the Court regarding the issues it raises, including: (1) whether the claimed selective communication refers to manual selection or automated selection; (2) whether interpreting the claim term "selectively" presents a *Markman* issue; (3) which language in the patent disclosure supports each party's position; (4) whether certain cited language is referring to the handset or the base unit; (5) whether the handset communicates with the base unit at both high and low power; (6) whether a manual switch that allowed the user to select either high or low transmit power effectively would function as a switch between the WAN and LAN communication paths; (7) the significance of the Griffith deposition testimony regarding "marrying" the ETE communicator and Newton; (8) whether it was obvious to make electronic devices, such as handsets, smaller at the operative time; (9) whether language in the ETE brochure supports Defendant's contention that the combination of the ETE communicator and Newton device was a handset; (10) the total size of the Newton system when the ETE communicator was attached, and whether the testimony stating that the ETE communicator increased the form factor of the Newton by 1.5 referred to an increase in the cross section or the volume of the device; (11) whether the Dayna PCMCIA card and ETE communicator could be connected to the Newton simultaneously; and (12) the relationship between transmit power and battery size.

The Court takes the motion under submission and will issue a written decision.

The Court continues the Final Pretrial Conference to February 27, 2012 at 3:00 p.m. Counsel are instructed to check with the clerk on February 14, 2012 if the Order on Defendant's motion for summary

///

///

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV10-03257 JAK (Ex) | Date | January 19, 2012 |
|---|---|---|---|
| Title | NetAirus Technologies, LLC v. Apple Inc. | | |

judgment has not yet issued. To conserve resources, counsel may wait until such Order is issued before filing their jury instructions, witness lists, and final exhibit lists.

**IT IS SO ORDERED.**

|  |  | 1 | : | 24 |
|---|---|---|---|---|
|  | Initials of Preparer | ak | | |