## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV10-03257 JAK (Ex) | Date | November 20, 2013 |
| Title: | NetAirus Technologies, LLC v. Apple, Inc. | | |

Present: The Honorable  John A. Kronstadt

| Andrea Keifer | Alex Joko |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mark Roth; Raymond Niro; Joe A. Culig; Tahiti Arsulowicz; Dean Niro; Robert Conley | Mark C. Scarsi; Hannah Cannom; Christopher Gaspar; Chris L. Holm; Ashlee N. Lin |

\_\_\_\_ Day Court Trial          6th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X  Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and    \_\_\_\_ Exhibits Identified    \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    X defendant(s).    X Court instructs jury.
X Bailiff(s) sworn.    X Jury retires to deliberate.    \_\_\_\_ Jury resumes
\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court    _____    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.    \_\_\_\_ Briefs to be filed _____
\_\_\_\_ Motion to dismiss by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
X Motion for Judgment Under Rule50(a)   by Defendant   is    \_\_\_\_ granted.   X denied.    \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued   November 22, 2013 at 8:30 a.m.   for further trial/further jury deliberation.
X Other:   The Court clarifies its ruling with respect to damages and rules on disputes with respect to exhibits offered during the Knight deposition.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

The Court confers off the record with counsel regarding Jury Note #1 (Copies) and, without any objection from counsel, copies of the exhibit are provided to the Jury.

**IT IS SO ORDERED.**

|  |  |  | 1 | : | 20 |
|---|---|---|---|---|---|
|  | Initials of Deputy Clerk | ak |  |  |  |

cc: