## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | LA CV10-03257 JAK (Ex) | Date | November 22, 2013 |
|---|---|---|---|
| Title: | NetAirus Technologies, LLC v. Apple, Inc. | | |

Present: The Honorable   John A. Kronstadt

| Andrea Keifer | Alex Joko |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Tahiti Arsulowicz; Dean Niro | Mark C. Scarsi; Hannah Cannom; Ashlee N. Lin |

\_\_\_ Day Court Trial    8th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn and    \_\_\_ Exhibits Identified    \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes
\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.    \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court _____    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    \_\_\_ Briefs to be filed _____
\_\_\_ Motion to dismiss by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for mistrial _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued   Monday, November 25, 2013 at 8:30 am    for further trial/further jury deliberation.
X Other:   The Court confers with counsel regarding Jury Notes 3-7 and an answer is provided to the Jury regarding Jury Notes 3-6.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Counsel are directed to confer and file a supplemental brief, not to exceed 3 pages, with respect to Jury Note 7 before 12:00 pm on December 1, 2013.

**IT IS SO ORDERED.**

3 : 05

Initials of Deputy Clerk  ak

cc: