ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
NOV 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NETAIRUS TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No. 2:10-cv-03257 JAK-E<br><br>**SPECIAL VERDICT**<br><br>**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE** |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be agreed upon by at least five jurors, which is a majority. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, a majority of the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON INFRINGEMENT CLAIMS

1. Did NetAirus prove by a preponderance of the evidence that Apple directly infringed the following asserted claims of the '380 Patent?

Select YES or NO for each of the listed claims in the spaces provided below.

"Yes" is a finding for NetAirus that the claim is infringed.

"No" is a finding for Apple that the claim is not infringed.

| Claim | Yes | No |
|---|---|---|
| Claim 3 | | X |
| Claim 7 | | X |
| Claim 9 | | X |
| Claim 10 | | X |
| Claim 11 | | X |
| Claim 12 | | X |

2. Did NetAirus prove by a preponderance of the evidence that Apple induced the infringement of the following asserted claims of the '380 patent?

Select YES or NO for each of the listed claims in the spaces provided below.
"Yes" is a finding for NetAirus that the claim is infringed.
"No" is a finding for Apple that the claim is not infringed.

| Claim | Yes | No |
|---|---|---|
| Claim 3 | | X |
| Claim 7 | | X |
| Claim 9 | | X |
| Claim 10 | | X |
| Claim 11 | | X |
| Claim 12 | | X |

### FINDINGS ON INVALIDITY DEFENSES

No matter how you answered Questions 1 and 2, you must answer Questions 3 and 4.

3. Did Apple prove by clear and convincing evidence that any of the claims listed below are invalid due to obviousness?

Select YES or NO for each of the listed claims in the spaces provided below.
"Yes" is a finding for Apple that the claim is invalid.
"No" is a finding for NetAirus that the claim is not invalid.

| Claim | Yes | No |
|---|---|---|
| Claim 3 | X | |
| Claim 7 | X | |

| | | | |
|---|---|---|---|
| Claim 9 | Yes | X | No ____ |
| Claim 10 | Yes | X | No ____ |
| Claim 11 | Yes | X | No ____ |
| Claim 12 | Yes | X | No ____ |

4. Did Apple prove by clear and convincing evidence that any of the claims listed below are invalid due to lack of written description?

Select YES or NO for each of the listed claims in the spaces provided below. "Yes" is a finding for Apple that the claim is invalid. "No" is a finding for NetAirus that the claim is not invalid.

| | | | |
|---|---|---|---|
| Claim 3 | Yes | X | No ____ |
| Claim 7 | Yes | X | No ____ |
| Claim 9 | Yes | X | No ____ |
| Claim 10 | Yes | X | No ____ |
| Claim 11 | Yes | X | No ____ |
| Claim 12 | Yes | X | No ____ |

**FINDINGS ON DAMAGES (IF APPLICABLE)**

If you answered Yes for any claim in **either** of Questions 1 or 2 and you answered "No" for that same claim in both Questions 3 and 4, proceed to answer Question 5. Otherwise, do not answer Question 5 and proceed to check and sign the verdict form.

5. What sum of money, if paid now in cash, would adequately compensate NetAirus for the infringement you have found?

$_____

DATED: _Nov. 25_____, 2013 By:_____
                                              Presiding Juror