1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETAIRUS TECHNOLOGIES, LLC, a California limited liability company, | Case No.: 2:10cv03257-JAK-E |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | **JS-6** |
| APPLE INC., a California corporation, | |
| Defendant. | |

_____

APPLE INC., a California corporation,

Counter-Claimant,

vs.

NETAIRUS TECHNOLOGIES, LLC,
a California limited liability company,

Counter-Defendant

_____

## FINAL JUDGMENT

A jury trial commenced in this action on November 12, 2013. ECF No. 628. On November 25, 2013, the parties waived their rights to a unanimous verdict under Federal Rule of Civil Procedure 48, and the jury reached a majority verdict in favor of Defendant Apple Inc. ("Apple") on all matters tried. ECF Nos. 656, 670. Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the jury's verdict, the Court hereby **ORDERS, ADJUDGES, DECLARES, AND DECREES** that:

1      1.     Apple does not directly infringe claims 3, 7, 9, 10, 11, or 12 of U.S.
2   Patent No. 7,103,380 (the "'380 patent") under 35 U.S.C. § 271(a).

3      2.     Apple does not induce the infringement of claims 3, 7, 9, 10, 11, or 12
4   of the '380 patent under 35 U.S.C. § 271(b).

5      3.     Claims 3, 7, 9, 10, 11, and 12 of the '380 patent are invalid due to
6   obviousness under 35 U.S.C. § 103.

7      4.     Claims 3, 7, 9, 10, 11, and 12 of the '380 patent are invalid due to lack
8   of written description under 35 U.S.C. § 112.

9      5.     Pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C.
10  § 1920, the Court finds that Apple is the prevailing party in this matter and is
11  entitled to costs consistent herewith.  No later than 14 days after entry of this order,
12  Defendant Apple Inc. shall file its Application and Bill of Costs pursuant to Local
13  Rule 54-2.

14     6.     The time for filing a motion for attorneys' fees  pursuant to Federal
15  Rule of Civil Procedure 54(d)(2) is set for no later than 15 days after entry of final
16  judgment on all claims and counterclaims in this action.

**IT IS SO ORDERED.**

       DATED:  January 2, 2014          _____
                                         The Honorable John A. Kronstadt
                                         United States District Judge