**EXHIBIT 2**
**TO DECLARATION OF JOSEPH A. CULIG IN SUPPORT OF NETAIRUS' MOTION FOR A NEW TRIAL PURSUANT TO FED.R.CIV.P. 59**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE JOHN A. KRONSTADT

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

NETAIRUS TECHNOLOGIES, LLC,         )
                                    )
                PLAINTIFF,          )
                                    )
VS.                                 ) CV10-3257-JAK
                                    )
APPLE, INC.,                        )
                                    )
                DEFENDANT.          )
_____)

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

**DAY FOUR, MORNING SESSION**

LOS ANGELES, CALIFORNIA

FRIDAY, NOVEMBER 15, 2013, 8:30 AM

_____

ALEXANDER T. JOKO, CSR NO. 12272
FEDERAL OFFICIAL COURT REPORTER
255 EAST TEMPLE STREET, ROOM 181-F
LOS ANGELES, CA 90012
AJ_CSR@YAHOO.COM

EXHIBIT 2 - PAGE 049

```
1    APPEARANCES OF COUNSEL:

2    FOR PLAINTIFF:      ORUM & ROTH LCC
                         BY:  MARK DANIEL ROTH
3                        53 WEST JACKSON BOULEVARD
                         SUITE 620
4                        CHICAGO, IL 60604-3750

5                        NIRO HALLER AND NIRO LTD
                         BY:  RAYMOND P. NIRO, SR.
6                             DEAN D. NIRO
                              TAHITI ARSULPOWICZ
7                             ROBERT A. CONLEY
                              JOSEPH A. CULIG
8                        181 WEST MADISON STREET
                         SUITE 4600
9                        CHICAGO, IL 60602

10

11   FOR DEFENDANT:      MILBANK TWEED HADLEY AND MCCLOY LLP
                         BY:  MARK C. SCARSI
                              ASHLEY LIN
12                            HANNAH LYNN CANNOM
                              CHRIS L. HOLM
13                       601 SOUTH FIGUEROA STREET
                         3RD FLOOR
14                       LOS ANGELES, CA 90017

15

16                       JACKIE HARLOW
                         IP LITIGATION COUNSEL
                         APPLE
17                       1 INFINITE LOOP
                         MS 36-3NYJ
18                       CUPERTINO, CA 95014

19

20

21

22

23

24

25
```

EXHIBIT 2 - PAGE 050

1                       I N D E X

2
                                                    **PAGE**
3
    **THOMAS BLACKBURN**
4
    DIRECT EXAMINATION CONTINUED BY MR. ROTH............8
5
    CROSS-EXAMINATION BY MR. SCARSI.....................46
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 2 - PAGE 051

```
 1              OPEN COURT IN THE PRESENCE OF THE JURY:)

 2              THE CLERK:  ALL RISE.

 3              THE COURT:  PLEASE BE SEATED.

 4                   GOOD MORNING, LADIES AND GENTLEMEN.

 5    WELCOME BACK.

 6                   I DIDN'T GIVE YOU ANY HOMEWORK.  SO

 7    REMIND ME.  I'LL HAVE TO GIVE YOU SOME HOMEWORK FOR THE

 8    WEEKEND.

 9                   MR. ROTH -- EXCUSE ME.  MR. BLACKBURN,

10    WOULD YOU PLEASE RESTATE YOUR NAME.

11              THE WITNESS:  THOMAS BLACKBURN.

12              THE COURT:  AND, MR. BLACKBURN, DO YOU

13    UNDERSTAND THAT YOU REMAIN UNDER OATH?

14              THE WITNESS:  YES, I DO.

15              THE COURT:  MR. ROTH, PLEASE PROCEED.

16              DIRECT EXAMINATION (CONTINUED)

17    BY MR. ROTH:

18    Q    GOOD MORNING, MR. BLACKBURN.

19    A    GOOD MORNING.

20    Q    JUST TO REFRESH WHERE WE WERE AT, WE WERE

21    DISCUSSING CLAIM 7 AND THE FACETIME APPLICATION

22    YESTERDAY.

23                   DO YOU RECALL THAT?

24    A    YES, I DO.

25    Q    I WANT TO FOCUS YOUR ATTENTION ON CLAIM 7(A), WHICH
```

EXHIBIT 2 - PAGE 052

1    WE DISCUSSED YESTERDAY.

2          DO YOU HAVE AN OPINION AS TO WHETHER THE

3    I-PHONE 4 IS CAPABLE OF PERFORMING THE FUNCTIONS IN

4    CLAIM 7(A)?

5    A    YES, I DO.

6    Q    AND HAS APPLE PERFORMED THOSE FUNCTIONS?

7    A    YES, THEY HAVE.

8    Q    HAVE YOU PERFORMED THOSE FUNCTIONS?

9    A    YES, I HAVE.

10   Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

11   THOSE INSTRUCTIONS?

12   A    YES, THEY DO.

13   Q    I WANT TO DIRECT YOUR ATTENTION NOW TO CLAIM 7(B).

14   AGAIN, JUST LIKE CLAIM 3, I WANT TO BREAK THAT UP INTO

15   TWO DISTINCT PLACES.

16          SO THE FIRST PART OF CLAIM 7(B) READS,

17   "TRANSMITTING A FIRST WIRELESS RADIO FREQUENCY SIGNAL

18   COMPRISING SAID DATA SELECTIVELY TO SAID LOCAL AREA

19   BASE UNIT AND TO THE EXTERNAL WIDE AREA NETWORK,

20   WHEREIN THE DATA IS NOT NECESSARILY TRANSMITTED

21   SIMULTANEOUSLY TO THE LOCAL AREA BASE UNIT AND TO THE

22   EXTERNAL WIDE AREA NETWORK."

23          DO YOU SEE THAT, SIR?

24   A    YES, I DO.

25   Q    LET ME DIRECT YOUR ATTENTION TO WHAT WE'VE MARKED

EXHIBIT 2 - PAGE 053

1    AS PLAINTIFF'S DEMONSTRATIVE EXHIBIT, THAT'S PDX, 153.

2            CAN YOU EXPLAIN WHAT THIS CHART SHOWS AND HOW

3    IT SHOWS, IN YOUR OPINION, THAT THE I-PHONE 4 READS ON

4    CLAIM 7(B)?

5    A    OKAY.  SO THIS ELEMENT OF CLAIM 7 REQUIRES THE

6    TRANSMISSION OF A FIRST WIRELESS SIGNAL COMPRISING DATA

7    AND SENDING IT SELECTIVELY TO THE SAID LOCAL AREA BASE

8    UNIT.  SO THIS SLIDE SHOWS THAT THE I-PHONE 4 HAS

9    SELECTED THE WI-FI NETWORK.  AND THAT IS INDICATED BY

10   THE WI-FI ICON AT THE TOP LEFT CORNER OF THE I-PHONE.

11   IT SHOWS THAT IT IS SENDING AN E-MAIL TO A NICK HEY.

12   AND THIS IS THE DATA THAT IT IS TALKING ABOUT IN THE

13   CLAIM ELEMENT.

14            SO WHEN YOU PRESS THE SEND BUTTON, YOU

15   ARE THEN SENDING OR TRANSMITTING THIS DATA TO THE LOCAL

16   AREA BASE UNIT.

17   Q    SO THIS HAS TO DEAL WITH DATA TO THE LOCAL AREA

18   BASE UNIT?

19   A    THAT'S CORRECT.

20   Q    LET ME SHOW YOU WHAT WE'VE MARKED AS PLAINTIFF'S

21   DEMONSTRATIVE EXHIBIT 154.

22            CAN YOU TELL US HOW THIS SHOWS THAT THE

23   I-PHONE 4 READS ON CLAIM 7(B)?

24   A    YES.  SO THIS PART OF THE ELEMENT IS TALKING ABOUT

25   TRANSMITTING THAT FIRST DATA.  BUT NOW IT IS

EXHIBIT 2 - PAGE 054

1    SELECTIVELY COMMUNICATING WITH THE CELLULAR OR EXTERNAL

2    WIDE AREA NETWORK.

3              SO IF WE LOOK AT THE I-PHONE IN THIS

4    CONDITION, WE SEE THAT THE I-PHONE IS CONNECTED TO THE

5    3G CELLULAR NETWORK OR THE EXTERNAL WIDE AREA NETWORK.

6    AND THAT'S INDICATED BY THE "3G" IN LEFT TOP CORNER OF

7    THE I-PHONE.

8              SO WE SEE IT'S -- IT'S DATA THAT'S BEEN

9    COMPOSED INTO AN E-MAIL, AND THAT IT'S BEING SENT AGAIN

10   TO NICK HEY.

11             AND WHEN YOU PRESS THE SEND BUTTON, THIS DATA

12   IS BEING SELECTIVELY TRANSMITTED TO THE CELLULAR

13   NETWORK OR THE EXTERNAL WIDE AREA NETWORK.

14   Q    AND WE SEE IN THIS CLAIM THAT, ONCE AGAIN, THERE'S

15   THE ELEMENT OF SELECTIVE COMMUNICATION.  AND WE SAW

16   THAT BEFORE IN CLAIM 3; IS THAT CORRECT?

17   A    THAT'S CORRECT.

18   Q    IS THIS THE SAME SELECTIVE COMMUNICATION THAT WE

19   TALKED ABOUT IN CLAIM 3 WITH RESPECT TO COMMUNICATION

20   TO A LOCAL AREA NETWORK ON THE ONE HAND AND A WIDE AREA

21   NETWORK ON THE OTHER?

22   A    YES, IT IS.

23   Q    AND DOES APPLE INSTRUCT ITS USERS WITH RESPECT TO

24   THAT SELECTIVE COMMUNICATION?

25   A    YES, THEY DO.

EXHIBIT 2 - PAGE 055

1    Q    LET'S GO BACK TO OUR USER MANUAL, PLAINTIFF'S TRIAL

2    EXHIBIT 142.  I SPECIFICALLY WANT TO DIRECT YOUR

3    ATTENTION TO PAGE 7406.

4         IS THIS AN EXAMPLE OF THE INSTRUCTION THAT

5    APPLE GIVES ON HOW THE I-PHONE SELECTIVELY

6    COMMUNICATES?

7    A    YES, IT IS.

8         THIS IS FROM THE USER MANUAL UNDER THE SECTION

9    "CONNECTING TO THE INTERNET."

10        SO WE SEE HERE IT'S TALKING ABOUT I-PHONE

11   CONNECTS TO THE INTERNET WHENEVER YOU USE MAIL, SAFARI,

12   YOUTUBE.

13        AND IN THE PREVIOUS SLIDES, WE WERE TALKING

14   ABOUT SENDING E-MAIL.  AND IT TELLS HOW THE I-PHONE

15   CONNECTS TO THE INTERNET.  IT SAYS THAT IT CONNECTS

16   FIRST TO A WI-FI THAT YOU HAVE USED THAT'S AVAILABLE.

17   AND IF NO WI-FI IS AVAILABLE THAT YOU HAD JOINED

18   PREVIOUSLY, THEN YOU HAVE THE OPTION OF SELECTING TO

19   JOIN A WI-FI NETWORK WHEN IT'S IN RANGE OF THE I-PHONE.

20        IF THERE IS NO WI-FI AVAILABLE, THEN THE

21   I-PHONE WOULD SELECT THE CELLULAR TRANSMISSION TO SEND

22   THE DATA.

23        SO, HERE, IT'S SHOWING THAT THE I-PHONE IS

24   SELECTING -- FIRST SELECTING WI-FI.  AND THEN IF WI-FI

25   IS NOT AVAILABLE, IT'S SELECTING THE 3G OR CELLULAR.

EXHIBIT 2 - PAGE 056

```
 1              MR. ROTH:  YOUR HONOR, THE NEXT SLIDE THAT I

 2   WANTED TO SHOW CONTAINS CONFIDENTIAL APPLE DATA.  SO I

 3   WOULD ASK THAT WE TURN THAT MONITOR OFF.

 4              THE COURT:  THANK YOU.

 5                WHAT'S THE EXHIBIT NUMBER, PLEASE?

 6              MR. ROTH:  YOUR HONOR, THIS IS PDX 155,

 7   PLAINTIFF'S DEMONSTRATIVE 155.

 8              THE COURT:  THANK YOU.

 9   BY MR. NIRO:

10   Q    MR. BLACKBURN, YOU'RE AWARE THAT THIS SLIDE SHOWS

11   WHAT APPLE CONTENDS IS ITS CONFIDENTIAL POWER

12   TRANSMISSION DATA; IS THAT CORRECT?

13   A    YES.

14   Q    IS THAT WHY WE'RE NOT BROADCASTING IT TO THE

15   GENERAL AUDIENCE?

16   A    THAT'S CORRECT.

17   Q    NOW, WE'VE TALKED BEFORE THAT THE TYPICAL RF

18   TRANSMIT POWER FOR WI-FI IS 14 DBM PLUS OR MINUS 1;

19   CORRECT?

20   A    THAT'S CORRECT.

21   Q    FOR OUR UNDERSTANDING, WHAT DOES "DBM" REFER TO?

22   A    DBM IS A POWER DESIGNATION.  AND IN THIS PARTICULAR

23   CASE, IT'S REFERRING TO A REFERENCE OF 1 MILLIWATT OF

24   POWER.  SO IF YOU SAW A ZERO DBM NUMBER, THAT MEANS

25   THAT THAT POWER LEVEL IS 1 MILLIWATT.
```

EXHIBIT 2 - PAGE 057

1        SO 14 DBM IS TELLING YOU THAT YOU ARE

2   BASICALLY 14 DB ABOVE THAT REFERENCE LEVEL 1 MILLIWATT.

3        AND IN THIS CASE, WE'RE TALKING ABOUT, YOU

4   KNOW, 25 TO 40 OR 50 MILLIWATTS OF ACTUAL POWER.

5   Q    IS THERE A REASON WHY THE TRANSMIT POWER IN THE

6   I-PHONE 4 IS SET BETWEEN -- AT 14 PLUS OR MINUS DBM?

7        MR. SCARSI:  OBJECTION.  FOUNDATION, YOUR

8   HONOR.

9        THE COURT:  SUSTAINED.

10  BY MR. NIRO:

11  Q    ARE YOU AWARE OF ANY STANDARDS WITH RESPECT TO THE

12  TRANSMISSION POWER OF WI-FI?

13  A    YES.

14  Q    WHAT ARE THOSE STANDARDS?

15  A    WI-FI USES STANDARDS THAT ARE DESIGNATED IEEE

16  802.11.

17       AND THEN YOU HAVE VARIOUS VERSIONS OF THE

18  SPEC., A LOT OF THOSE RELATING TO THE IMPROVEMENTS IN

19  WI-FI, HIGHER SPEED TRANSMISSIONS.

20       AND WITHIN THOSE SPECIFICATIONS, THERE ARE

21  POWER LEVELS THAT ARE SPECIFIED.

22       I'M ALSO AWARE OF FCC DOCUMENTS, WHICH ARE

23  FEDERAL COMMUNICATIONS COMMISSION DOCUMENTS.  AND THEY

24  SPECIFY MAXIMUM POWER LEVELS THAT CAN BE TRANSMITTED BY

25  DEVICE TO PREVENT INTERFERENCE TO OTHER DEVICES.

EXHIBIT 2 - PAGE 058

1        AND SO FCC MANDATES THAT, YOU KNOW, THIS

2   PARTICULAR CLASS OF WI-FI DEVICES BE WITHIN A CERTAIN

3   LIMIT OF POWER.  AND THIS 14 PLUS OR MINUS 1 DBM FALLS

4   WITHIN THAT POWER SPECIFICATION.

5   Q    BASED ON WHAT WE SEE HERE WITH RESPECT TO APPLE'S

6   TESTING DOCUMENTS, IS THE TRANSMIT POWER LEVEL THAT THE

7   I-PHONE 4 IS TESTED TO AND IS CAPABLE OF TRANSMITTING

8   AT IN WI-FI -- IN CELLULAR GREATER THAN THE WI-FI

9   TRANSMIT POWER?

10  A    YES, IT IS.

11  Q    NOW, COULD APPLE DESIGN A PHONE WHERE THE CELLULAR

12  TRANSMIT POWER DOES NOT EXCEED WI-FI?

13  A    YES, THEY COULD.

14        MR. ROTH:  YOUR HONOR, WE'RE DONE WITH THAT

15  SLIDE.

16        THE COURT:  THANK YOU.

17  BY MR. ROTH:

18  Q    YOU'VE PROVIDED US WITH TESTIMONY YESTERDAY ABOUT

19  YOUR OPINIONS WITH RESPECT TO TRANSMIT POWER LEVELS FOR

20  CLAIM 3 OF OUR PATENT; CORRECT?

21  A    THAT'S CORRECT.

22  Q    AND ARE THOSE SAME OPINIONS THAT YOU HOLD WITH

23  RESPECT TO THE POWER TRANSMISSION LEVELS REGARDING

24  CLAIM 3 EQUALLY AS APPLICABLE TO CLAIM 7?

25  A    YES, THEY ARE.

EXHIBIT 2 - PAGE 059

1    Q    DO YOU HAVE AN OPINION AS TO WHETHER THE I-PHONE 4

2    IS CAPABLE OF PERFORMING THE STEPS IN CLAIM 7(B)?

3    A    YES, I DO.

4    Q    AND WHAT IS THAT OPINION?

5    A    MY OPINION IS THAT THE APPLE I-PHONE PERFORMS THIS

6    STEP IN ITS I-PHONE 4.

7    Q    AND HAS APPLE PERFORMED THAT STEP?

8    A    YES, THEY HAVE.

9    Q    HAVE YOU PERFORMED THAT STEP?

10   A    YES, I HAVE.

11   Q    DOES APPLE INSTRUCT ITS USERS ON HOW THIS STUFF IS

12   TO BE PERFORMED?

13   A    YES, THEY DO.

14   Q    LET'S TAKE A LOOK BACK AGAIN AT PLAINTIFF'S

15   DEMONSTRATIVE 62.

16        THE NEXT STEP IN CLAIM 7 IS CLAIM 7(C) WHICH

17   READS, "RECEIVING A SECOND WIRELESS RF SIGNAL

18   COMPRISING SAID DATA FROM SAID LOCAL AREA BASE UNIT."

19        DO YOU SEE THAT, SIR?

20   A    YES, I DO.

21   Q    LET ME SHOW YOU WHAT WE'VE MARKED AS PLAINTIFF'S

22   DEMONSTRATIVE EXHIBIT 156.

23        CAN YOU EXPLAIN TO US HOW THE I-PHONE 4 IS

24   CAPABLE OF READING ON CLAIM 7(C)?

25   A    YES.  THIS ELEMENT OF THE CLAIM IS REFERRING TO THE

EXHIBIT 2 - PAGE 060

1    RECEIVING OF DATA AND THE RECEIVING OF THAT DATA VIA

2    THE LOCAL AREA BASE UNIT.  SO, AGAIN, WE SEE HERE ON

3    THIS SLIDE THAT THE I-PHONE IS CONNECTED TO WI-FI

4    BECAUSE OF THE WI-FI SYMBOL ON THE PHONE.  AND THEN

5    THAT IT IS IN THE MODE OF -- WHERE THE RECEIVING DATA

6    IS RECEIVED FROM THE LOCAL AREA BASE UNIT.

7             SO WE'RE LOOKING AT HERE RECEIVED E-MAIL.  SO

8    YOU WOULD GO INTO YOUR MAIL ACCOUNT, PULL UP THE E-MAIL

9    AND THIS IS WHAT YOU WOULD SEE.  YOU WOULD SEE THE

10   RECEIVED DATA THAT HAS BEEN RECEIVED FROM THE LOCAL

11   AREA BASE UNIT IN THE FORM OF AN E-MAIL.

12   Q    NOW, IS THIS STEP IN CLAIM 7 THE SAME STEP THAT WE

13   SAW BEFORE WITH RESPECT TO CLAIM 3(B)?  AND I'M LOOKING

14   AT PDX 61.

15   A    YES.  THAT WOULD BE SIMILAR TO CLAIM ELEMENT B

16   WHERE THE RECEIVING OF SECOND DATA FROM A LOCAL AREA

17   COMMUNICATIONS BASE UNIT.

18   Q    SO DO YOUR OPINIONS THAT YOU RENDERED WITH RESPECT

19   TO CLAIM 3(B) APPLY EQUALLY TO CLAIM 7(C)?

20   A    YES, THEY DO.

21   Q    MR. BLACKBURN, ONCE AGAIN, WE'RE TURNING TO PDX 62.

22             DO YOU HAVE AN OPINION THAT THE I-PHONE 4 IS

23   CAPABLE OF PERFORMING THE STEPS IN CLAIM 7(C)?

24   A    YES, I DO.

25   Q    WHAT IS THAT OPINION?

EXHIBIT 2 - PAGE 061

1    A    MY OPINION IS THE APPLE I-PHONE 4 IS CAPABLE OF

2    PERFORMING THIS STEP.

3    Q    HAS APPLE ACTUALLY PERFORMED THIS STEP?

4    A    YES, THEY HAVE.

5    Q    HAVE YOU PERFORMED THIS STEP?

6    A    YES, I HAVE.

7    Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

8    THIS STEP?

9    A    YES, THEY DO.

10   Q    OKAY.  STICKING WITH THAT SAME EXHIBIT, THE NEXT

11   CLAIM ELEMENT IS CLAIM 7(D), "WHEREIN SAID HANDSET UNIT

12   DATA INCLUDES DATA FORMATTED FOR E-MAIL."

13            DO YOU SEE THAT?

14   A    YES, I DO.

15   Q    IN LOOKING AT PLAINTIFF'S DEMONSTRATIVE EXHIBIT

16   157, CAN YOU TELL US HOW THIS DEMONSTRATES THAT THE

17   I-PHONE 4 IS CAPABLE OF PERFORMING THAT STEP?

18   A    YES.  THIS ELEMENT IS JUST LIMITING THE DATA TO

19   DATA FORMATTED FOR E-MAIL.  SO, HERE, WE SEE THAT THE

20   I-PHONE, AGAIN, IS COMMUNICATING WITH THE WI-FI.  AND

21   IT IS RECEIVING DATA FROM THE LOCAL AREA BASE UNIT.

22   AND IN THIS PARTICULAR CASE, THE DATA RECEIVED IS

23   FORMATTED FOR E-MAIL.

24   Q    AND IS THIS STEP THAT WE SEE IN CLAIM 7(D) THE SAME

25   STEP THAT WE SAW IN CLAIM 3(D)?

EXHIBIT 2 - PAGE 062

1    A    YES.  IT'S THE SAME WHERE DATA IS RECEIVED AND THE

2    DATA IS FORMATTED FOR COMPUTER E-MAIL.

3    Q    DO YOUR OPINIONS WITH RESPECT TO CLAIM 3(D),

4    FORMATTED FOR COMPUTER E-MAIL, APPLY EQUALLY TO CLAIM

5    7?

6    A    YES, IT DOES.

7    Q    TURNING BACK AGAIN TO OUR CLAIM CHART FOR CLAIM 7,

8    PDX 62.

9         IS THE I-PHONE 4 CAPABLE OF PERFORMING THE

10   STEP IN CLAIM 7(D)?

11   A    YES, IT IS.

12   Q    HAS APPLE PERFORMED THAT STEP?

13   A    YES, THEY HAVE.

14   Q    HAVE YOU PERFORMED THAT STEP?

15   A    YES, I HAVE.

16   Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

17   THAT STEP?

18   A    YES, THEY DO.

19   Q    LET'S TAKE A LOOK NOW AT THE FINAL CLAIM ELEMENT,

20   7(E), "WHEREIN SAID HANDSET UNIT IS CONFIGURED TO A

21   PERSONAL DIGITAL ASSISTANT (PDA) HAVING PDA FUNCTIONS

22   IN ADDITION TO HANDSET UNIT COMMUNICATION FUNCTIONS."

23        YOU SEE THAT; CORRECT?

24   A    YES, I DO.

25   Q    LET ME SHOW YOU PLAINTIFF'S DEMONSTRATIVE 158.

EXHIBIT 2 - PAGE 063

1    WHAT DOES THIS SHOW, SIR?

2    A   THIS SHOWS THE THREE DIFFERENT TYPES OF PDA

3    FUNCTIONS THAT ARE ON THE I-PHONE 4.  THIS SHOWS THAT

4    THE I-PHONE CAN BE CONFIGURED TO A PERSONAL DIGITAL

5    ASSISTANT OR PDA.  WHEN YOU PRESS CONTACTS, THIS IS

6    BASICALLY YOUR PERSONAL INFORMATION THAT YOU CAN PULL

7    UP AND YOU CAN EDIT OR ADD CONTACTS TO THIS

8    APPLICATION.

9         ANOTHER APPLICATION IS THE CALENDAR

10   APPLICATION.  YOU CAN GO INTO THIS APPLICATION AND

11   ENTER YOUR PERSONAL INFORMATION, APPOINTMENTS,

12   IMPORTANT DATES, BIRTHDAYS INTO THE CALENDAR.

13        AND ANOTHER APPLICATION IS THE NOTE

14   APPLICATION WHERE YOU CAN TYPE IN PERSONAL INFORMATION,

15   THOUGHTS OR INFORMATION THAT YOU WANT TO USE LATER.  SO

16   YOU WOULD JUST TYPE IN THE NOTE THAT YOU WANT TO MAKE,

17   AND THEN LATER YOU CAN PULL IT UP AND REVIEW IT.

18   Q   IS THIS THE SAME PDA FUNCTIONALITY THAT WE SAW WITH

19   RESPECT TO YOUR OPINIONS REGARDING CLAIM 3?

20   A   YES, IT IS.

21   Q   TURNING BACK TO OUR CLAIM CHART FOR CLAIM 7, WHICH

22   IS PDX 62.

23        IS THE I-PHONE 4, IN YOUR OPINION, A HANDSET

24   CONFIGURED TO A PERSONAL DIGITAL ASSISTANT?

25   A   YES, IT IS.

EXHIBIT 2 - PAGE 064

```
1    Q    DOES IT MEET ALL OF THE TERMS IN CLAIM 7(E)?

2    A    I'M SORRY, I DIDN'T CATCH THAT.

3    Q    DOES THE I-PHONE 4 MEET ALL OF THE CLAIM TERMS IN

4    CLAIM 7(E)?

5    A    YES, IT DOES.

6    Q    HAS APPLE PERFORMED PDA FUNCTIONALITY OR FUNCTIONS

7    ON THE I-PHONE 4?

8    A    YES, THEY HAVE.

9    Q    HAVE YOU PERFORMED THOSE FUNCTIONS?

10   A    YES, I HAVE.

11   Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

12   THOSE FUNCTIONS?

13   A    YES, APPLE DOES.

14   Q    WE SEE THAT ALL THE BOXES ARE CHECKED FOR CLAIM 7.

15        DO YOU HAVE AN OPINION AS TO WHETHER APPLE

16   DIRECTLY INFRINGES CLAIM 7?

17   A    YES, I DO.

18   Q    WHAT IS YOUR OPINION?

19   A    MY OPINION IS THAT APPLE DIRECTLY INFRINGES THE

20   ELEMENTS OF CLAIM 7.

21   Q    DO YOU HAVE AN OPINION AS TO WHETHER APPLE

22   INDIRECTLY INFRINGES CLAIM 7?

23   A    YES, I DO.

24   Q    WHAT IS YOUR OPINION?

25   A    MY OPINION IS THAT APPLE INDIRECTLY INFRINGES ALL
```

EXHIBIT 2 - PAGE 065

1    THE CLAIM ELEMENTS OF CLAIM 7.

2    Q    MR. BLACKBURN, LET ME SHOW YOU WHAT WE'VE MARKED AS

3    PDX 162, WHICH IS A CLAIM CHART FOR CLAIMS 9 THROUGH

4    12.

5              DO YOU SEE THAT?

6    A    YES, I DO.

7    Q    I WANT TO FOCUS YOUR ATTENTION ON CLAIM 9.  THE

8    FIRST PORTION OF CLAIM 9 SAYS, "THE METHOD FOR HANDSET

9    UNIT COMMUNICATION AS RECITED IN CLAIM 7."

10             WHAT DO YOU UNDERSTAND THAT TO MEAN?

11   A    I UNDERSTAND THAT TO MEAN THAT CLAIM 9, TO BE A

12   VALID CLAIM, MUST ALSO INCLUDE ALL THE ELEMENTS THAT

13   ARE IN CLAIM 7.  SO CLAIM 9 IS BASICALLY ALL THE CLAIM

14   ELEMENTS THAT WE SAW IN CLAIM 7, PLUS THIS ADDITIONAL

15   CLAIM ELEMENT THAT'S IN CLAIM 9.

16   Q    LET ME SHOW YOU WHAT WE'VE MARKED AS PLAINTIFF'S

17   DEMONSTRATIVE 167.

18             CAN YOU EXPLAIN HOW THE I-PHONE 4 READS ON

19   CLAIM 9?

20   A    YES.  THE PART -- THE CLAIM 9 SAYS THAT "WHEREIN

21   THE HANDSET UNIT IS CONFIGURED TO COMMUNICATE WITH SAID

22   EXTERNAL WIDE AREA NETWORK WHEREIN THE EXTERNAL WIDE

23   AREA NETWORK IS SUBSTANTIALLY THE INTERNET."  THIS

24   SHOWS THE -- FIRST OF ALL, THAT THE I-PHONE IS

25   CONNECTING THROUGH THE CELLULAR 3G OR EXTERNAL WIDE

EXHIBIT 2 - PAGE 066

1    AREA NETWORK.  AND IN THIS PARTICULAR APPLICATION, WE

2    HAVE ATTACHED TO THE INTERNET VIA THE SAFARI ICON.

3    THAT'S ONE WAY OF DOING THAT.  SO WE'VE CONNECTED TO

4    THE INTERNET.

5              AND, HERE, WE SHOW THAT WE'VE CONNECTED TO THE

6    SOUTH WESTERN AIRLINES WEBSITE AND -- WHERE WE CAN

7    ENTER INFORMATION REGARDING A FLIGHT.  AND WE CAN SEND

8    THAT TO THE WEBSITE.  AND THEN THEY WOULD COME BACK

9    WITH INFORMATION EITHER CONFIRMING OR SHOWING YOU THE

10   DIFFERENT FLIGHTS THAT YOU CAN TAKE.

11             SO THIS IS SHOWING THAT THE I-PHONE 4, THROUGH

12   THIS CELLULAR OR WIDE AREA NETWORK, IS COMMUNICATING

13   WITH THE INTERNET.

14   Q   DOES APPLE INSTRUCT ITS USERS ON HOW TO CONNECT TO

15   THE INTERNET THROUGH THE WIDE AREA NETWORK?

16   A   YES, THEY DO.

17   Q   LET'S TURN BACK TO OUR USER GUIDE, PTX 142,

18   SPECIFICALLY PAGE 7406.

19             CAN YOU EXPLAIN TO US HOW THIS INSTRUCTS

20   APPLE'S USERS TO CONNECT TO THE INTERNET VIA THE

21   CELLULAR CONNECTION?

22   A   YES.  SO THIS, AGAIN, IS FROM THE USER MANUAL.

23   IT'S UNDER THE SECTION OF "INTERNET AND CONNECTING TO

24   THE INTERNET."  SO IT SAYS THAT THE I-PHONE CONNECTS TO

25   THE INTERNET WHENEVER YOU USE SAFARI, WHICH IS THE WEB

EXHIBIT 2 - PAGE 067

```
1     SERVER -- WEB BROWSER THAT'S ON THE I-PHONE.  AND THEN
2     IT DISCUSSES HOW THE I-PHONE CONNECTS TO THE INTERNET.
3     IT SHOWS THAT THE -- AGAIN, THAT THE DEFAULT IS WI-FI.
4     SO IF YOU'RE IN RANGE OF A WI-FI, THAT YOU WOULD
5     CONNECT TO A WI-FI NETWORK.
6              BUT THEN IT SAYS IF NO WI-FI NETWORKS ARE
7     AVAILABLE, OR YOU CAN GO IN AND ACTUALLY TURN OFF
8     WI-FI, THEN THE I-PHONE CONNECTS TO THE INTERNET OVER A
9     CELLULAR CONNECTION.  SO YOU WOULD HAVE THE 3G OR EDGE
10    OR UMTS TYPE CELLULAR CONNECTION CONNECTING YOUR
11    I-PHONE TO THE INTERNET.
12    Q    DO YOU HAVE AN OPINION -- AGAIN, WE'LL TURN BACK TO
13    OUR CLAIM CHART, PDX 162.
14              DO YOU HAVE AN OPINION AS TO WHETHER THE
15    I-PHONE 4 IS CAPABLE OF PERFORMING THE STEPS IN CLAIM
16    9?
17    A    YES, I DO.
18    Q    WHAT IS THAT OPINION?
19    A    MY OPINION IS THAT THE I-PHONE 4 MEETS ALL THE
20    CLAIM ELEMENTS OF CLAIM 9.
21    Q    AND HAS APPLE PERFORMED THOSE STEPS?
22    A    YES, THEY DO.
23    Q    HAVE YOU PERFORMED THOSE STEPS?
24    A    YES, I HAVE.
25    Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM
```

EXHIBIT 2 - PAGE 068

1    THESE STEPS?

2    A    YES, THEY DO.

3    Q    LET'S TURN NOW TO CLAIM 10, WHICH SAYS, "WHEREIN

4    SAID HANDSET UNIT COMMUNICATES WITH AN EARSET UNIT."

5              WHAT IS AN "EARSET UNIT"?

6    A    AN EARSET UNIT IS A -- WHAT'S CALLED A "BLUETOOTH

7    DEVICE."  AND ITS INTENDED FUNCTION IS TO ALLOW YOU TO

8    COMMUNICATE USING AN EARSET THAT WOULD FIT INTO YOUR

9    EAR.

10             AND LIKE, FOR INSTANCE, I USE THIS EARSET.  SO

11   I CAN CONNECT THAT TO MY I-PHONE WIRELESSLY OVER

12   BLUETOOTH.  PUT IT IN MY EAR AND THEN I CAN BASICALLY

13   COMMUNICATE USING THAT EARSET.

14   Q    LET ME SHOW YOU PLAINTIFF'S DEMONSTRATIVE 168, PDX

15   168.

16             HOW DOES THIS DEMONSTRATIVE EXHIBIT SHOW THAT

17   THE I-PHONE 4 READS ON CLAIM 10?

18   A    OKAY.  SO THIS ELEMENT REQUIRES THAT THE HANDSET

19   UNIT COMMUNICATE WITH AN EARSET UNIT.  SO WE SEE ON THE

20   I-PHONE, IF WE GO INTO SETTINGS AND GO TO BLUETOOTH, WE

21   SEE THAT THE BLUETOOTH FUNCTION IS TURNED ON.  AND

22   THAT'S INDICATED BY THE BLUETOOTH SYMBOL NEXT TO THE

23   POWER BATTERY INDICATOR ON THE TOP OF THE I-PHONE

24   THERE.

25             WE THEN LOOK INTO THE SETTINGS.  AND WE SEE

EXHIBIT 2 - PAGE 069

```
1    THAT THERE IS A DEVICE CALLED THE "PLT_ 8170," WHICH IS

2    THE PLANTRONICS EARSET, WHICH HAPPENS TO BE THIS EARSET

3    RIGHT HERE.  AND IT SHOWS THAT IT'S CONNECTED TO THE

4    I-PHONE.

5              SO NOW WHENEVER I RECEIVE A PHONE CALL OR A

6    MAKE A PHONE CALL, INSTEAD OF HAVING TO HOLD THE

7    HANDSET IN MY HAND, I CAN BASICALLY DO THE

8    COMMUNICATION OVER THE EARSET AND USE IT AS A

9    HANDS-FREE TYPE COMMUNICATION.

10   Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO USE A

11   BLUETOOTH WITH THE I-PHONE 4?

12   A    YES, THEY DO.

13   Q    LET'S TURN TO OUR USER GUIDE ONCE MORE, PTX 142,

14   AND SPECIFICALLY PAGE 7451.

15             CAN YOU TELL US HOW THIS SHOWS THAT APPLE

16   INSTRUCTS ITS USERS TO USE A BLUETOOTH DEVICE WITH

17   I-PHONE 4?

18   A    YES.  THIS SHOWS, UNDER "MAKING PHONE CALLS AND

19   USING A BLUETOOTH DEVICE," IT SAYS, "YOU CAN MAKE AND

20   RECEIVE CALLS USING A BLUETOOTH DEVICE PAIRED WITH THE

21   I-PHONE."

22             SO WHAT THAT MEANS IS, TO PAIR A BLUETOOTH

23   DEVICE WITH THE I-PHONE, IT MEANS THAT YOU WOULD TAKE

24   AN EARSET UNIT, AND THERE'S A -- BASICALLY A

25   SYNCHRONIZATION OR A PAIRING PROCESS WHERE, IF YOU TURN
```

EXHIBIT 2 - PAGE 070

1    THIS ON, THE I-PHONE -- IF THE BLUETOOTH IS TURNED ON

2    ON THE I-PHONE, THEN THE I-PHONE IN THIS DEVICE WILL

3    COMMUNICATE.  AND THE I-PHONE WOULD DETECT IT.  AND

4    THEY THEN WILL COMMUNICATE -- THEY'RE CONNECTED

5    TOGETHER, AND THEY'LL BE ABLE TO COMMUNICATE OVER THIS

6    BLUETOOTH DEVICE.

7    Q    LET'S TURN BACK TO OUR CLAIM CHART AGAIN, PDX 162.

8         IS THE I-PHONE 4 CAPABLE OF PERFORMING THE

9    STEP OF CLAIM 10?

10   A    YES, IT IS.

11   Q    HAS APPLE PERFORMED THAT STEP?

12   A    YES, THEY HAVE.

13   Q    HAVE YOU PERFORMED THAT STEP?

14   A    YES, I HAVE.

15   Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

16   THAT STEP?

17   A    YES, THEY DO.

18   Q    LET'S TURN NOW TO CLAIM 11.  IT SAYS, "WHEREIN SAID

19   HANDSET UNIT IS WIRELESS CELLULAR TELEPHONE UNIT."

20        IN YOUR OPINION, IS THE I-PHONE 4 A "WIRELESS

21   CELLULAR TELEPHONE UNIT"?

22   A    YES, IT IS.

23   Q    IS THAT WHAT WE'VE DISCUSSED EARLIER WITH RESPECT

24   TO CLAIM 3?

25   A    YES, IT IS.

EXHIBIT 2 - PAGE 071

1    Q    DOES APPLE INSTRUCT ITS USERS THAT THE I-PHONE 4

2    MAY BE USED AS A CELL PHONE?

3    A    YES, THEY DO.

4    Q    LET'S TAKE A LOOK AT THE USER GUIDE AGAIN, PTX 142,

5    SPECIFICALLY PAGE 7444.

6         WHAT DOES THIS SHOW, SIR?

7    A    THIS IS FROM THE USER MANUAL.  IT'S UNDER THE

8    SECTION OF "PHONE CALLS."  IT SHOWS YOU THE PHONE ICON,

9    WHICH WE DISCUSSED EARLIER AS BEING ON THE FRONT OF THE

10   I-PHONE.

11        SO IF YOU WANT TO MAKE A PHONE CALL, YOU TAP

12   THAT ICON.  AND IT TAKES YOU TO THE PHONE PART OF THE

13   I-PHONE 4.

14        AND IT SAYS HERE THAT IF YOU WANT TO MAKE A

15   CALL, THERE ARE VARIOUS WAYS TO DO THAT.  YOU CAN USE

16   THE KEYPAD TO DIAL IN A NUMBER.  YOU CAN USE CONTACTS

17   TO LOOK UP A NUMBER.  YOU CAN GO TO "RECENTS" WHERE

18   YOU'VE -- IF YOU WANT TO CALL BACK A RECENT TELEPHONE

19   NUMBER, OR YOU CAN GO TO FAVORITES WHERE YOU HAVE

20   TELEPHONE NUMBERS AND CONTACTS LISTED.

21        SO THIS IS SHOWING HOW TO USE THE I-PHONE 4 AS

22   A CELLULAR TELEPHONE.

23   Q    BACK TO OUR CLAIM CHART, PDX 162.

24        IS THE APPLE I-PHONE 4 CAPABLE OF PERFORMING

25   THE STEP IN CLAIM 11?

EXHIBIT 2 - PAGE 072

1    A    YES, IT IS.

2    Q    HAS APPLE PERFORMED THAT STEP?

3    A    YES, THEY DO.

4    Q    HAVE YOU PERFORMED THAT STEP?

5    A    YES, I HAVE.

6    Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

7    THAT STEP?

8    A    YES, THEY DO.

9    Q    LET'S TAKE A LOOK AT CLAIM 12 IN THAT SAME CHART.

10   AND THAT READS, "WHEREIN SAID HANDSET UNIT IS

11   CONFIGURED SEND AND RECEIVE E-MAIL VIA SAID EXTERNAL

12   WIDE AREA NETWORK."

13              DO YOU SEE THAT?

14   A    YES, I DO.

15   Q    DOES THE I-PHONE 4 SEND AND RECEIVE E-MAIL BY THE

16   WIDE AREA NETWORK?

17   A    YES, IT DOES.

18   Q    IS THAT WHAT WE TALKED ABOUT BEFORE WITH RESPECT TO

19   SENDING AND RECEIVING E-MAIL OVER CELLULAR YESTERDAY?

20   A    YES.  IT'S THE SAME.

21   Q    SO YOUR OPINIONS WITH RESPECT TO THE -- WHAT WE

22   TALKED ABOUT BEFORE WITH REGARD TO CLAIM 3 APPLY

23   EQUALLY TO CLAIM 12?

24   A    YES, THEY DO.

25   Q    IS THE I-PHONE 4, IN YOUR OPINION, CAPABLE OF

EXHIBIT 2 - PAGE 073

```
 1    PERFORMING THE STEP OF CLAIM 12?

 2    A    YES, IT IS.

 3    Q    DOES APPLE PERFORM THAT STEP?

 4    A    YES, THEY DO.

 5    Q    HAVE YOU PERFORMED THAT STEP?

 6    A    YES, I HAVE.

 7    Q    DOES APPLE INSTRUCT ITS USERS ON HOW TO PERFORM

 8    THAT STEP?

 9    A    YES, THEY DO.

10    Q    WE SEE THAT ALL OF THE BOXES ARE CHECKED FOR CLAIMS

11    9, 10, 11 AND 12.

12          DO YOU HAVE AN OPINION AS TO WHETHER APPLE

13    INFRINGES CLAIMS 9, 10, 11 AND 12?

14    A    YES, I DO.

15    Q    WHAT IS YOUR OPINION?

16    A    MY OPINION IS THAT APPLE BOTH DIRECTLY INFRINGES

17    AND INDIRECTLY INFRINGES CLAIMS 9, 10, 11 AND 12.

18    Q    MR. BLACKBURN, YESTERDAY YOU HAD TESTIFIED ABOUT

19    SOME VISITS YOU HAD TO THE APPLE STORE AND INSTRUCTIONS

20    YOU RECEIVED AT THE APPLE STORE WITH REGARD TO YOUR

21    I-PHONE 4.

22          DID YOU RECEIVE THAT INSTRUCTION AT ALL OF THE

23    APPLE STORES THAT YOU VISITED?

24    A    YES, I DID.

25    Q    DID THE APPLE STORE EMPLOYEES PERFORM THE FUNCTIONS
```

EXHIBIT 2 - PAGE 074