MILBANK, TWEED, HADLEY & MCCLOY LLP
Mark C. Scarsi (Cal. State Bar No. 183926)
mscarsi@milbank.com
Christopher J. Gaspar (*pro hac vice*)
cgaspar@milbank.com
Chris L. Holm (Cal. State Bar No. 249388)
cholm@milbank.com
Hannah Cannom (Cal. State Bar No. 245635)
hcannom@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NETAIRUS TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br>Defendant. | Case No.: 2:10cv03257-JAK-E<br><br>**DECLARATION OF CHRIS L. HOLM IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO NETAIRUS' MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59** |
| APPLE INC., a California corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>NETAIRUS TECHNOLOGIES, LLC, a California limited liability company,<br><br>Counter-Defendant. | Date: March 3, 2014<br>Time: 8:30 a.m.<br>Courtroom: 750<br>Hon. John A. Kronstadt |

-1-
DECLARATION OF CHRIS L. HOLM IN SUPPORT OF APPLE'S
OPPOSITION TO NETAIRUS'S MOTION FOR NEW TRIAL

I, Chris L. Holm, declare:

1. I am an associate with the law firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for defendant, Apple Inc. in this matter. I am admitted to practice before this Court. I submit this declaration in support of Defendant Apple Inc.'s Opposition to NetAirus's Motion for New Trial Pursuant to Fed. R. Civ. P. 59. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of excerpts of the Reporter's Transcript of Trial Proceedings Day 1 – P.M. Session, dated Tuesday, November 12, 2013.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts of the Reporter's Transcript of Trial Proceedings Day Six, dated Wednesday, November 20, 2013.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts of the Reporter's Transcript of Trial Proceedings Day 2 – A.M. Session, dated Wednesday, November 13, 2013.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Reporter's Transcript of Trial Proceedings Day 7, dated Thursday, November 21, 2013.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Reporter's Transcript of Trial Proceedings Day Five, Morning Session, dated November 19, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2014 at Los Angeles, California.

s/ Chris L. Holm<br>Chris L. Holm

-3-

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark Scarsi, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45,X.B., I hereby attest that Chris L. Holm has concurred in this filing.

Dated: February 7, 2014 /s/ Mark C. Scarsi
Mark C. Scarsi

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

On February 7, 2014, I served the foregoing documents described as **DECLARATION OF CHRIS L. HOLM IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO NETAIRUS' MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59** on the interested parties in this action:

| | |
|---|---|
| Mark D. Roth<br>Orum & Roth LLC<br>53 West Jackson Boulevard, Suite 620<br>Chicago, IL  60604-3750<br>Phone:  312-922-6262<br>Fax:     312-922-7747<br>E-mail:  Markdroth@gmail.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | Mark B. Mizrahi<br>Lance Pritikin<br>Wolf Rifkin Shapiro<br>Shulman & Rabkin LLP<br>11400 West Olympic Boulevard, 9th Fl.<br>Los Angeles, CA  90064<br>Phone: 310-478-4100<br>Fax:     310-478-6363<br>E-mail:  mmizrahi@wrslawyers.com<br>E-mail:  lpritikin@wrslawyers.com<br>ATTORNEY TO BE NOTICED |
| Raymond P. Niro<br>Dean D. Niro<br>Joseph A. Culig<br>Robert A. Conley<br>Niro, Haller & Niro<br>181 W. Madison Street, Suite 4600<br>Chicago, IL  60602<br>Phone: 312-236-0733<br>Fax:     312-236-3137<br>E-mail: rniro@nshn.com<br>E-mail: dniro@nshn.com<br>E-mail: jculig@nshn.com<br>E-mail: rconley@nshn.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | |

1  __X__  **BY ELECTRONIC TRANSMISSION**:  The foregoing document was transmitted via the Court's ECF System to the parties listed on the attached service list.

__ __  **BY E-MAIL TRANSMISSION**:  I caused the foregoing documents and the documents to which they refer to be transmitted via electronic mail to the parties listed on the attached service list.

__X__  **(FEDERAL)**:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2014, at Los Angeles, California.

/s/    Lindsey M. Rizzo
LINDSEY M. RIZZO

---

DECLARATION OF CHRIS L. HOLM IN SUPPORT OF APPLE'S
OPPOSITION TO NETAIRUS'S MOTION FOR NEW TRIAL